**IN RE S.N., X.Z.**

[363 N.C. 368 (2009)]

IN THE MATTER OF S.N., X.Z.

No. 568A08

(Filed 18 June 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 669 S.E.2d 55 (2008), affirming orders terminating parental rights entered on 14 March 2008 by Judge Lawrence McSwain in District Court, Guilford County. The case was calendared for argument in the Supreme Court on 6 May 2009, but was determined on the briefs without oral argument pursuant to N.C. R. App. P. 30(f)(1).

*Mercedes O. Chut for petitioner-appellee Guilford County Department of Social Services.*

*Susan J. Hall for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.